[No. 50878-4-I.  Division One.  July 14, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. GRIN ARKANIT, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 01-1-05478-0, Douglass A. North, J., entered July 17 and August 23, 2002. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 51019-3-I.  Division One.  July 14, 2003.]

JAMES E. TORINA FINE HOMES, INC., *Respondent*, v. MUTUAL OF ENUMCLAW INSURANCE COMPANY, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 01-2-25304-2, Mary Yu, J., entered June 21 and August 6, 2002. *Reversed* by unpublished opinion per Baker, J., concurred in by Coleman and Ellington, JJ.

[No. 51040-1-I.  Division One.  July 14, 2003.]

*In the Matter of the Estate of* CHARLEEN LOUISE SMITH.

Appeal from a judgment of the Superior Court for King County, No. 01-4-00351-5, Linda Lau, J., entered August 9, 2002. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Schindler, JJ.

[No. 51167-0-I.  Division One.  July 14, 2003.]

RICK H. CALAHAN, ET AL., *Appellants*, v. CONCRETE TECHNOLOGY CORPORATION, *Respondent*.

Appeal from judgments of the Superior Court for Snohomish County, No. 97-2-08307-7, Ronald L. Castleberry, J., entered July 16 and August 20, 2002. *Affirmed* by unpublished opinion per Cox, A.C.J., concurred in by Baker and Ellington, JJ.